```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
LISA SERRADILLA and RICHARD NOBEL,  :
                                    :   11 CV 3536 (BSJ)(JCF)
                  Plaintiffs,       :
                                    :   ORDER
          v.                        :
                                    :
LORDS CORP. ET AL.,                 :
                                    :
                  Defendants.       :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Defendants move for an Order remanding this action to state court. (ECF Doc. 4) Plaintiffs do not oppose this motion. (ECF Doc. 10). The Court concurs that it lacks subject matter jurisdiction over the removed action and hereby GRANTS Defendants' Motion to Remand to the Supreme Court of the State of New York, County of New York.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          July 22, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/11